# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00371-CV

**Hays County, Texas; and James Young, Appellants**

**v.**

**Stephen Threadgill, Appellee**

## FROM THE DISTRICT COURT OF HAYS COUNTY, 428TH JUDICIAL DISTRICT
### NO. 12-0413, HONORABLE JAN P. PATTERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed a motion requesting that this appeal be dismissed. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

Diane M. Henson, Justice

Before Justices Puryear, Pemberton and Henson

Dismissed on Appellants' Motion

Filed:   December 19, 2012